ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Email: andersonel@gtlaw.com

LAURA SIXKILLER, ESQ.
(*pro hac vice* pending)
KATE L. BENVENISTE, ESQ.
(*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel: (602) 445-8000
Email: laura.sixkiller@gtlaw.com
       kate.benveniste@gtlaw.com

*Attorneys for Plaintiffs*
*Eye-Fi Holdings, LLC and Eye-Fi, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:24-cv-00925-JCM-MDC<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Plaintiffs") and Defendants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," or collectively with Bergeson and 3 Dots, "Defendants"), through their undersigned counsel, that Plaintiffs shall have a sixteen (16)-day extension of time in which to file and serve a response to Defendants Bergeson and 3 Dots' Motion to Dismiss Complaint [ECF No. 10] and Defendant Nakamoto's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 12] (collectively, "Motions to Dismiss") as provided by LR 7-2(b), from

Page 1

July 15, 2024, through and until July 31, 2024. Likewise, Plaintiffs shall have a nine (9)-day extension of time, from July 22, 2024, through and until July 31, 2024, to respond as stated in Fed. R. Civ. P. 15(a)(1)(B). The parties request that the Court enter an order approving this stipulation. This is the first request to extend the time for the above deadlines. Defendants filed their Motions to Dismiss on July 1, 2024.

Plaintiffs requested a short extension of time to permit sufficient time for counsel to evaluate Defendants' Motions to Dismiss concerning several of the claims set forth in the Complaint. The parties met and conferred, and Defendants agreed to extend the deadlines as stated, as a matter of professional courtesy. The parties agreed, subject to the Court's approval, that the deadlines discussed herein shall be extended to July 31, 2024, and respectfully request that the Court enter an order approving this stipulation.

DATED this 11th day of July, 2024.

| GREENBERG TRAURIG, LLP | SYLVESTER & POLEDNAK, LTD. |
|---|---|
| /s/ Elliot T. Anderson<br>ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>LAURA SIXKILLER, ESQ.<br>(*pro hac vice* pending)<br>KATE L. BENVENISTE, ESQ.<br>(*pro hac vice* pending)<br>**GREENBERG TRAURIG, LLP**<br>2375 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>*Attorneys for Plaintiffs Eye-Fi, Holdings, LLC and Eye-Fi, LLC* | /s/ Matthew T. Kneeland<br>JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>MATTHEW T. KNEELAND, ESQ.<br>Nevada Bar No. 11829<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendants Brian Bergeson and 3 Dots, LLC*<br><br>**SHEA LARSEN**<br><br>/s/ Kyle M. Wyant<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant Kyle Nakamoto* |

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: July 16, 2024

Page 2

| | |
|---|---|
| **From:** | Matthew Kneeland |
| **To:** | Anderson, Elliot (Assoc-LV-LT); blarsen@shea.law; Jeff Sylvester |
| **Cc:** | Sixkiller, Laura (Shld-PHX-LT).; Benveniste, Kate L. (Shld-PHX-LT); kwyant@shea.law; Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | RE: Case 2:24-cv-00925-JCM-MDC Eye-Fi Holdings et al. v. Bergeson et al. |
| **Date:** | Thursday, July 11, 2024 10:41:42 AM |
| **Attachments:** | image001.png |

**\*EXTERNAL TO GT\***

This is fine by me, you may use my e-signature for further processing.

Matthew T. Kneeland
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: matthew@sylvesterpolednak.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The preceding message and any attachments may contain legally privileged and/or confidential information intended only for use by the addressee(s) named herein. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and then permanently delete the original. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. Nothing in this email message, including the typed name of the sender and/or this signature block, is intended to constitute an electronic signature unless a specific statement to the contrary is included in the message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Please consider the environment before printing this e-mail.

**From:** andersonel@gtlaw.com <andersonel@gtlaw.com>
**Sent:** Thursday, July 11, 2024 10:34 AM
**To:** blarsen@shea.law; Jeff Sylvester <Jeff@SylvesterPolednak.com>
**Cc:** Laura.Sixkiller@gtlaw.com; Kate.Benveniste@gtlaw.com; kwyant@shea.law; Matthew Kneeland <Matthew@SylvesterPolednak.com>; flintza@gtlaw.com
**Subject:** Case 2:24-cv-00925-JCM-MDC Eye-Fi Holdings et al. v. Bergeson et al.

Counsel,

Thanks for your professional courtesy regarding the Motion to Dismiss. Attached hereto, please see a proposed stipulation and order regarding this extension. If you have any concerns or questions, please let us know. Otherwise, if acceptable, please let us know if we may affix your e-signatures to the draft.

Thanks,

**Elliot Anderson**
Associate

| | |
|---|---|
| **From:** | Kyle Wyant |
| **To:** | Matthew Kneeland |
| **Cc:** | Anderson, Elliot (Assoc-LV-LT); Bart Larsen; Jeff Sylvester; Sixkiller, Laura (Shld-PHX-LT).; Benveniste, Kate L. (Shld-PHX-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | Re: Case 2:24-cv-00925-JCM-MDC Eye-Fi Holdings et al. v. Bergeson et al. |
| **Date:** | Thursday, July 11, 2024 11:00:50 AM |
| **Attachments:** | image001.png |

**\*EXTERNAL TO GT\***

This is fine with me as well, please feel free to use my e-signature on the stipulation you sent today regarding extending the time to respond to the motions to dismiss.

Best,
Kyle Wyant

Sent from my iPhone

> On Jul 11, 2024, at 10:41 AM, Matthew Kneeland <Matthew@sylvesterpolednak.com> wrote:
>
>
> This is fine by me, you may use my e-signature for further processing.
>
> Matthew T. Kneeland
>
> Sylvester & Polednak, Ltd.
>
> 1731 Village Center Circle
>
> Las Vegas, Nevada 89134
>
> Telephone: (702) 952-5200
>
> Facsimile: (702) 952-5205
>
> Email: matthew@sylvesterpolednak.com
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> The preceding message and any attachments may contain legally privileged and/or confidential information intended only for use by the addressee(s) named herein. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and then permanently delete the original. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. Nothing in this email message, including the typed name of the sender and/or this signature block, is intended to constitute an electronic signature unless a specific statement to the contrary is included in the message.
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> 🌍 Please consider the environment before printing this e-mail.
>
> **From:** andersonel@gtlaw.com <andersonel@gtlaw.com>
> **Sent:** Thursday, July 11, 2024 10:34 AM
> **To:** blarsen@shea.law; Jeff Sylvester <Jeff@SylvesterPolednak.com>