ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Email: andersonel@gtlaw.com

LAURA SIXKILLER, ESQ.
(*pro hac vice* pending)
KATE L. BENVENISTE, ESQ.
(*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel: (602) 445-8000
Email: laura.sixkiller@gtlaw.com
         kate.benveniste@gtlaw.com

*Attorneys for Plaintiffs*
*Eye-Fi Holdings, LLC and Eye-Fi, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:24-cv-00925-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiffs EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Plaintiffs") and Defendants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," or collectively with Bergeson and 3 Dots, "Defendants"), through their undersigned counsel, that Plaintiffs shall have an additional three (3) business days in which to file and serve a response to Defendants Bergeson and 3 Dots'

Page 1

1  Motion to Dismiss Complaint [ECF No. 10] and Defendant Nakamoto's Motion to Dismiss
2  Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 12] (collectively, "Motions to Dismiss") as
3  provided by LR 7-2(b), from Wednesday, July 31, 2024, through and until Monday, August 5,
4  2024. Likewise, Plaintiffs shall have this same additional three (3) business days, from
5  Wednesday, July 31, 2024, through and until Monday, August 5, 2024, to respond as stated in
6  Fed. R. Civ. P. 15(a)(1)(B). The parties further agree that should Plaintiffs not respond as stated
7  in Fed. R. Civ. P. 15(a)(1)(B) such that Defendants' Motions to Dismiss are not mooted,
8  Defendants shall have fourteen (14) calendar days from the filing of Plaintiffs' Opposition to
9  submit their respective Replies to Defendants' Motions to Dismiss. The parties request that the
10 Court enter an order approving this stipulation. This is the second request to extend the time for
11 Plaintiffs' deadlines, above. Defendants filed their Motions to Dismiss on July 1, 2024.

12       Plaintiffs requested this short additional extension of time to permit sufficient time for
13 counsel to complete their evaluation of Defendants' Motions to Dismiss concerning several of the
14 claims set forth in the Complaint. The parties met and conferred, and Defendants agreed to
15 extend the deadlines as stated, as a matter of professional courtesy. The parties agreed, subject to
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Page 2

the Court's approval, that Plaintiffs' deadlines discussed herein shall be extended to August 5, 2024, and respectfully request that the Court enter an order approving this stipulation.

DATED this 31st day of July, 2024.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **SYLVESTER & POLEDNAK, LTD.** |
| */s/ Elliot T. Anderson* | */s/ Matthew T. Kneeland* |
| ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>LAURA SIXKILLER, ESQ.<br>(*pro hac vice* pending)<br>KATE L. BENVENISTE, ESQ.<br>(*pro hac vice* pending)<br>**GREENBERG TRAURIG, LLP**<br>2375 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>*Attorneys for Plaintiffs Eye-Fi, Holdings, LLC and Eye-Fi, LLC* | JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>MATTHEW T. KNEELAND, ESQ.<br>Nevada Bar No. 11829<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendants Brian Bergeson and 3 Dots, LLC*<br><br>**SHEA LARSEN**<br><br>*/s/ Kyle M. Wyant*<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant Kyle Nakamoto* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 31, 2024

Page 3

| | |
|---|---|
| **From:** | Matthew Kneeland |
| **To:** | Kyle Wyant; Sixkiller, Laura (Shld-PHX-LT). |
| **Cc:** | Anderson, Elliot (Assoc-LV-LT); Bart Larsen; Jeff Sylvester; Benveniste, Kate L. (Shld-PHX-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | RE: Case 2:24-cv-00925-JCM-MDC Eye-Fi Holdings et al. v. Bergeson et al. |
| **Date:** | Tuesday, July 30, 2024 6:04:16 PM |
| **Attachments:** | image001.png |

Approved, you may submit with my e-signature, thank you

Matthew T. Kneeland

Sylvester & Polednak, Ltd.

1731 Village Center Circle

Las Vegas, Nevada 89134

Telephone: (702) 952-5200

Facsimile: (702) 952-5205

Email: matthew@sylvesterpolednak.com

*******************************************************************

The preceding message and any attachments may contain legally privileged and/or confidential information intended only for use by the addressee(s) named herein. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and then permanently delete the original. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. Nothing in this email message, including the typed name of the sender and/or this signature block, is intended to constitute an electronic signature unless a specific statement to the contrary is included in the message.

*******************************************************************

 Please consider the environment before printing this e-mail.

**From:** Kyle Wyant <kwyant@shea.law>
**Sent:** Tuesday, July 30, 2024 4:52 PM
**To:** Laura.Sixkiller@gtlaw.com; Matthew Kneeland <Matthew@SylvesterPolednak.com>
**Cc:** andersonel@gtlaw.com; Bart Larsen <blarsen@shea.law>; Jeff Sylvester <Jeff@SylvesterPolednak.com>; Kate.Benveniste@gtlaw.com; flintza@gtlaw.com
**Subject:** RE: Case 2:24-cv-00925-JCM-MDC Eye-Fi Holdings et al. v. Bergeson et al.

Apologies. See attached.

Best,

Kyle M. Wyant, Esq.

SHEA LARSEN

1731 Village Center Circle, Suite 150

Las Vegas, Nevada 89134

Office: (702) 471-7432

Direct: (702) 779-3816

Mobile: (301) 606-4092