Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
            kwyant@shea.law

*Attorneys for Defendant Kyle Nakamoto*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:24-cv-00925<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF NO. 18]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and among Plaintiffs EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Plaintiffs") and Defendants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," or collectively with Bergeson and 3 Dots, "Defendants"), through their undersigned counsel, as follows with respect to Plaintiffs' First Amended Complaint [ECF No. 18] filed on August 5, 2024:

WHEREAS, on May 16, 2024, Plaintiffs initiated the above-captioned case by filing their *Complaint* [ECF No. 1] against Defendants;

WHEREAS, on July 1, 2024, Defendants filed their respective Motions to Dismiss Plaintiffs' original Complaint [ECF Nos. 10 and 12];

WHEREAS, on July 11, 2024, Plaintiffs and Defendants entered into a Stipulation to

1  Extend the Time for Plaintiffs to respond to the pending Motions to Dismiss [ECF No. 14];

2      WHEREAS, on July 16, 2024, the Court entered an order granting the aforementioned

3  stipulation [ECF No. 15];

4      WHEREAS, on July 31, 2024, Plaintiffs and Defendants entered into a second Stipulation

5  to Extend the Time for Plaintiffs to respond to the pending Motions to Dismiss [ECF No. 16],

6  which was granted by the Court on the same day;

7      WHEREAS, on August 5, 2024 and pursuant to Fed. R. Civ. P. 15(a)(1) and the

8  aforementioned stipulations, Plaintiffs amended their complaint as a matter of right and filed their

9  First Amended Complaint [ECF No. 18];

10      WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), the deadline for Defendants to respond to

11  Plaintiffs' First Amended Complaint is currently set for August 19, 2024;

12      WHEREAS, the currently existing response deadline of August 19, 2024 conflicts with

13  undersigned counsel for Defendants' pre-existing schedule;

14      WHEREAS, Plaintiffs and Defendants have met and conferred and agreed to and stipulate

15  as follows:

16      **IT IS HEREBY STIPULATED** by and among Plaintiffs and Defendants that Defendants'

17  deadline to respond to the First Amended Complaint [ECF No. 18] **shall be due on or before**

18  **September 9, 2024**;

19      **IT IS FURTHER STIPULATED** by and among Plaintiffs and Defendants that Plaintiffs

20  deadline to respond to any responsive pleading or motion filed by any of Defendants **shall be due**

21  **on or before October 14, 2024**;

22      **IT IS FURTHER STIPULATED** that this request is not made for the purpose of

23  hinderance or delay, and is made in good faith.

24  ///

25  ///

26  ///

27  ///

28

**IT IS SO STIPULATED**.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **SYLVESTER & POLEDNAK, LTD.** |
| */s/ Elliot T. Anderson* | */s/ Matthew T. Kneeland* |
| ELLIOT T. ANDERSON, ESQ. | JEFFREY R. SYLVESTER, ESQ. |
| Nevada Bar No. 14025 | Nevada Bar No. 4396 |
| 10845 Griffith Peak Drive, Suite 600 | MATTHEW T. KNEELAND, ESQ. |
| Las Vegas, Nevada 89135 | Nevada Bar No. 11829 |
| | 1731 Village Center Circle |
| LAURA SIXKILLER, ESQ. | Las Vegas, Nevada 89134 |
| (*pro hac vice* pending) | |
| KATE L. BENVENISTE, ESQ. | *Attorneys for Defendants Brian Bergeson and 3 Dots, LLC* |
| (*pro hac vice* pending) | |
| **GREENBERG TRAURIG, LLP** | **SHEA LARSEN** |
| 2375 East Camelback Road, Suite 800 | |
| Phoenix, Arizona 85016 | */s/ Kyle M. Wyant* |
| | BART K. LARSEN, ESQ. |
| *Attorneys for Plaintiffs Eye-Fi, Holdings, LLC and Eye-Fi, LLC* | Nevada Bar No. 8538 |
| | KYLE M. WYANT, ESQ. |
| | Nevada Bar No. 14652 |
| | 1731 Village Center Circle, Suite 150 |
| | Las Vegas, Nevada 89134 |
| | |
| | *Attorneys for Defendant Kyle Nakamoto* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/19/24