Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
         kwyant@shea.law

*Attorneys for Defendant Kyle Nakamoto*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, <br><br>Plaintiffs, <br><br>v. <br><br>BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company, <br><br>Defendants. | Case No. 2:24-cv-00925 <br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF NO. 18]** <br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and among Plaintiffs EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Plaintiffs") and Defendants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," or collectively with Bergeson and 3 Dots, "Defendants"), through their undersigned counsel, as follows with respect to Plaintiffs' First Amended Complaint [ECF No. 18] filed on August 5, 2024:

WHEREAS, on May 16, 2024, Plaintiffs initiated the above-captioned case by filing their *Complaint* [ECF No. 1] against Defendants;

WHEREAS, on July 1, 2024, Defendants filed their respective Motions to Dismiss Plaintiffs' original Complaint [ECF Nos. 10 and 12];

WHEREAS, on July 11, 2024, Plaintiffs and Defendants entered into a Stipulation to

1  Extend the Time for Plaintiffs to respond to the pending Motions to Dismiss [ECF No. 14];

2  WHEREAS, on July 16, 2024, the Court entered an order granting the aforementioned

3  stipulation [ECF No. 15];

4  WHEREAS, on July 31, 2024, Plaintiffs and Defendants entered into a second Stipulation

5  to Extend the Time for Plaintiffs to respond to the pending Motions to Dismiss [ECF No. 16],

6  which was granted by the Court on the same day;

7  WHEREAS, on August 5, 2024 and pursuant to Fed. R. Civ. P. 15(a)(1) and the

8  aforementioned stipulations, Plaintiffs amended their complaint as a matter of right and filed their

9  First Amended Complaint [ECF No. 18] (the "FAC");

10 WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), the deadline for Defendants to respond to

11 Plaintiffs' FAC was originally set for August 19, 2024;

12 WHEREAS, Plaintiffs and Defendants filed a written stipulation (first request), which was

13 approved by this Court, to extend the original deadline to respond to Plaintiff's FAC from August

14 19, 2024 to September 9, 2024;

15 WHEREAS, respective counsel for Plaintiffs and Defendants have been discussing various

16 issues relating to the above-captioned litigation and have determined that additional time beyond

17 September 9, 2024 is necessary for Defendants to respond to Plaintiffs' FAC;

18 WHEREAS, Plaintiffs and Defendants have met and conferred and agreed to and stipulate

19 as follows:

20 **IT IS HEREBY STIPULATED** by and among Plaintiffs and Defendants that Defendants'

21 deadline to respond to the First Amended Complaint [ECF No. 18] **shall be due on or before**

22 **September 23, 2024**;

23 **IT IS FURTHER STIPULATED** by and among Plaintiffs and Defendants that Plaintiffs

24 deadline to respond to any responsive pleading or motion filed by any of Defendants **shall be due**

25 **on or before October 14, 2024**;

26 **IT IS FURTHER STIPULATED** that this request is not made for the purpose of

27 hinderance or delay, and is made in good faith.

28

**IT IS SO STIPULATED**.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **SYLVESTER & POLEDNAK, LTD.** |
| */s/ Laura Sixkiller* | */s/ Matthew T. Kneeland* |
| ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>LAURA SIXKILLER, ESQ.<br>(*pro hac vice* granted)<br>KATE L. BENVENISTE, ESQ.<br>(*pro hac vice* pending)<br>**GREENBERG TRAURIG, LLP**<br>2375 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br><br>*Attorneys for Plaintiffs Eye-Fi, Holdings, LLC and Eye-Fi, LLC* | JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>MATTHEW T. KNEELAND, ESQ.<br>Nevada Bar No. 11829<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendants Brian Bergeson and 3 Dots, LLC*<br><br>**SHEA LARSEN**<br><br>*/s/ Kyle M. Wyant*<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant Kyle Nakamoto* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: 09-17-24

Page 3 of 3