ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Email: andersonel@gtlaw.com

LAURA SIXKILLER, ESQ.
(*pro hac vice* pending)
KATE L. BENVENISTE, ESQ.
(*pro hac vice* pending)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel: (602) 445-8000
Email: laura.sixkiller@gtlaw.com
　　　 kate.benveniste@gtlaw.com

*Attorneys for Plaintiffs/Counter-Defendants*
*Eye-Fi Holdings, LLC and Eye-Fi, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company, <br><br> Defendants. | Case No. 2:24-cv-00925-JCM-MDC <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS [ECF NOS. 30, 31]** <br><br> **[First Request]** |
| BRIAN BERGESON, an individual, <br><br> Counterclaimant, <br><br> v. <br><br> EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, <br><br> Counterdefendants. | |

Page 1

| | |
|---|---|
| 1 | KYLE NAKAMOTO, an individual, |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, |
| 5 | |
| 6 | Counterdefendants. |

8    IT IS HEREBY STIPULATED between Plaintiffs/Counterdefendants EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Plaintiffs" or "Counterdefendants") and Defendants/Counterclaimants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," or collectively with Bergeson, "Defendants" or "Counterclaimants"), through their undersigned counsel, that Counterdefendants shall have an additional two (2) weeks in which to file and serve their responses to Defendants Bergeson and 3 Dots' First Amended Answer and Counterclaim [ECF No. 31] and Defendant Nakamoto's Answer to Plaintiffs' First Amended Complaint and First Amended Counterclaim [ECF No. 30] (collectively, "First Amended Counterclaims") as provided by LR IA 6-1, from Tuesday, November 12, 2024, through and until Tuesday, November 26, 2024. If Plaintiffs/Counterdefendants move to dismiss the First Amended Counterclaims, the Parties agree that Defendants/Counterclaimants shall have up to and until December 12, 2024, to oppose any such motion, with any reply brief due on January 2, 2025. This is the first request to extend the time for Plaintiffs to submit responses to the First Amended Counterclaims and the Parties request that the Court enter an order approving this stipulation.

    Good cause exists for this request. Plaintiffs requested this short additional extension of time to permit an adequate opportunity for counsel to complete their evaluation of the First Amended Counterclaims and to assess potential issues raised by the additional and changed allegations. Additionally, when the First Amended Counterclaims were filed, Plaintiffs/Counterdefendants' counsel was preparing for an extensive binding two-week arbitration hearing. The Parties met and conferred, and Defendants/Counterclaimants agreed to the extended response

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

1  deadline. All Parties agreed, given issues relating to the holidays and other immovable client
2  conflicts, to set an agreed upon briefing schedule should Plaintiffs/Counterdefendants move to
3  dismiss the First Amended Counterclaims as stated herein, as a matter of professional courtesy to
4  each other. The Parties agreed, subject to the Court's approval, that Plaintiffs' deadlines to respond
5  to the First Amended Counterclaims shall be extended to November 26, 2024, Defendants/
6  Counterclaimants' response to any motion to dismiss shall be December 12, 2024, and
7  Plaintiffs/Counterdefendants' reply to any motion to dismiss shall be January 2, 2025. The Parties
8  respectfully request that the Court enter an order approving this stipulation.

DATED this 12th day of November, 2024.

| GREENBERG TRAURIG, LLP | SYLVESTER & POLEDNAK, LTD. |
|---|---|
| */s/ Elliot T. Anderson* <br> ELLIOT T. ANDERSON, ESQ. <br> Nevada Bar No. 14025 <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, Nevada 89135 <br><br> LAURA SIXKILLER, ESQ. <br> (*pro hac vice* pending) <br> KATE L. BENVENISTE, ESQ. <br> (*pro hac vice* pending) <br> GREENBERG TRAURIG, LLP <br> 2375 East Camelback Road, Suite 800 <br> Phoenix, Arizona 85016 <br> *Attorneys for Plaintiffs/Counter-Defendants* <br> *Eye-Fi Holdings, LLC and Eye-Fi, LLC* | */s/ Matthew T. Kneeland* <br> JEFFREY R. SYLVESTER, ESQ. <br> Nevada Bar No. 4396 <br> MATTHEW T. KNEELAND, ESQ. <br> Nevada Bar No. 11829 <br> 1731 Village Center Circle <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant/Counterclaimant* <br> *Brian Bergeson and Defendant 3 Dots, LLC* <br><br> **SHEA LARSEN** <br><br> */s/ Kyle M. Wyant* <br> BART K. LARSEN, ESQ. <br> Nevada Bar No. 8538 <br> KYLE M. WYANT, ESQ. <br> Nevada Bar No. 14652 <br> 1731 Village Center Circle, Suite 150 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant/Counterclaimant* <br> *Kyle Nakamoto* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-13-24