ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Email: andersonel@gtlaw.com

LAURA SIXKILLER, ESQ.
(admitted *pro hac vice*)
KATE L. BENVENISTE, ESQ.
(admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel: (602) 445-8000
Email: laura.sixkiller@gtlaw.com
         kate.benveniste@gtlaw.com

*Attorneys for Plaintiffs/Counterdefendants*
*Eye-Fi Holdings, LLC and Eye-Fi, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, | Case No. 2:24-cv-00925-JCM-MDC |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS [ECF NOS. 30, 31]** |
| BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company, | |
| Defendants. | **[Second Request]** |
| BRIAN BERGESON, an individual, | |
| Counterclaimant, | |
| v. | |
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, | |
| Counterdefendants. | |

Page 1

| | |
|---|---|
| KYLE NAKAMOTO, an individual, | |
| | Counterclaimant, |
| v. | |
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company, | |
| | Counterdefendants. |

IT IS HEREBY STIPULATED between Plaintiffs/Counterdefendants EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Plaintiffs" or "Counterdefendants") and Defendants/Counterclaimants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," or collectively with Bergeson, "Defendants" or "Counterclaimants"), through their undersigned counsel, that Counterdefendants shall have an additional six (6) days in which to file and serve their responses to Defendants Bergeson and 3 Dots' First Amended Answer and Counterclaim [ECF No. 31] and Defendant Nakamoto's Answer to Plaintiffs' First Amended Complaint and First Amended Counterclaim [ECF No. 30] (collectively, "First Amended Counterclaims") as provided by LR IA 6-1, from the current Tuesday, November 26, 2024, deadline through and until Monday, December 2, 2024. If Plaintiffs/Counterdefendants move to dismiss the First Amended Counterclaims, the Parties agree that Defendants/Counterclaimants shall have up to and until December 20, 2024, rather than December 12, 2024, as previously agreed, to oppose any such motion, with any reply brief due on January 10, 2025, rather than January 2, 2025, as previously agreed. This is the second request to extend the time for Plaintiffs to submit responses to the First Amended Counterclaims and potential motion briefing deadlines, and the Parties request that the Court enter an order approving this stipulation.

Good cause exists for this request. Previously, Plaintiffs requested this short additional extension of time to permit an adequate opportunity for counsel to complete their evaluation of the First Amended Counterclaims and to assess potential issues raised by the additional and changed allegations. Additionally, when the First Amended Counterclaims were filed, Plaintiffs/ Counterdefendants' counsel was preparing for an extensive binding two-week arbitration hearing.

Page 2

Subsequently, Plaintiffs/Counterdefendants' counsel underwent several medical procedures that required a longer recovery time than expected. The Thanksgiving Holiday, and the Court's closure this Thursday and Friday, necessitate a slightly longer extension than might otherwise have been requested to and including Monday, December 2, 2024, the first business day after the Thanksgiving Holiday.

The Parties met and conferred, and Defendants/Counterclaimants agreed to the extended response deadline. All Parties further agreed, given issues relating to the holidays, and other immovable client conflicts, to set an agreed upon briefing schedule should Plaintiffs/Counterdefendants move to dismiss the First Amended Counterclaims as stated herein, as a matter of professional courtesy to each other. The Parties agreed, subject to the Court's approval, that Plaintiffs/Counterdefendants' deadlines to respond to both of the First Amended Counterclaims shall be extended to December 2, 2024, Defendants/ Counterclaimants' responses to any motion to dismiss shall be December 20, 2024, and Plaintiffs/Counterdefendants' replies to any motions to dismiss shall be January 10, 2025.

No hearing has been set relating to this matter, and this extension will not impact the Joint Discovery Plan and Scheduling Order entered by the Court on November 13, 2024, ECF No. 34.

/ / /

/ / /

/ / /

Page 3

The Parties respectfully request that the Court enter an order approving this stipulation.

DATED this 26th day of November, 2024.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **SYLVESTER & POLEDNAK, LTD.** |
| */s/ Elliot T. Anderson* <br> ELLIOT T. ANDERSON, ESQ. <br> Nevada Bar No. 14025 <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, Nevada 89135 <br><br> LAURA SIXKILLER, ESQ. <br> (admitted *pro hac vice*) <br> KATE L. BENVENISTE, ESQ. <br> (admitted *pro hac vice*) <br> **GREENBERG TRAURIG, LLP** <br> 2375 East Camelback Road, Suite 800 <br> Phoenix, Arizona 85016 <br> *Attorneys for Plaintiffs/Counterdefendants* <br> *Eye-Fi Holdings, LLC and Eye-Fi, LLC* | */s/ Matthew T. Kneeland* <br> JEFFREY R. SYLVESTER, ESQ. <br> Nevada Bar No. 4396 <br> MATTHEW T. KNEELAND, ESQ. <br> Nevada Bar No. 11829 <br> 1731 Village Center Circle <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant/Counterclaimant* <br> *Brian Bergeson and Defendant 3 Dots, LLC* <br><br> **SHEA LARSEN** <br><br> */s/ Kyle M. Wyant* <br> BART K. LARSEN, ESQ. <br> Nevada Bar No. 8538 <br> KYLE M. WYANT, ESQ. <br> Nevada Bar No. 14652 <br> 1731 Village Center Circle, Suite 150 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant/Counterclaimant* <br> *Kyle Nakamoto* |

**IT IS SO ORDERED:**

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: November 27, 2024

**Darling, Chris J. (LSS-LV-LT)**

| | |
|---|---|
| **From:** | Matthew Kneeland <Matthew@SylvesterPolednak.com> |
| **Sent:** | Tuesday, November 26, 2024 2:24 PM |
| **To:** | Kyle Wyant |
| **Cc:** | Sixkiller, Laura (Shld-PHX-LT).; Bart Larsen; Benveniste, Kate L. (Shld-PHX-LT); Anderson, Elliot (Assoc-LV-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | Re: Eye-Fi/3 Dots et al - Motion to Seal Exhibits |
| **Attachments:** | image001.png; image002.png |

Same for me

> You may use my e-signature.

Matthew T. Kneeland
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: matthew@sylvesterpolednak.com
*******************************************************************
The preceding message and any attachments may contain legally privileged and/or confidential information intended only for use by the addressee(s) named herein. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and then permanently delete the original. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. Nothing in this email message, including the typed name of the sender and/or this signature block, is intended to constitute an electronic signature unless a specific statement to the contrary is included in the message.
*******************************************************************
ü Please consider the environment before printing this e-mail.

> On Nov 26, 2024, at 2:17 PM, Kyle Wyant <kwyant@shea.law> wrote:
>
> You may use my e-signature.
>
> Best,
>
> Kyle M. Wyant, Esq.
> SHEA LARSEN
> 1731 Village Center Circle, Suite 150
> Las Vegas, Nevada 89134
> Office: (702) 471-7432
> Direct: (702) 779-3816

Mobile: (301) 606-4092
Email: kwyant@shea.law

This message was sent from Shea Larsen and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

**From:** Laura.Sixkiller@gtlaw.com <Laura.Sixkiller@gtlaw.com>
**Sent:** Tuesday, November 26, 2024 1:55 PM
**To:** Kyle Wyant <kwyant@shea.law>; Matthew@SylvesterPolednak.com
**Cc:** Bart Larsen <blarsen@shea.law>; Kate.Benveniste@gtlaw.com; andersonel@gtlaw.com; flintza@gtlaw.com
**Subject:** RE: Eye-Fi/3 Dots et al - Motion to Seal Exhibits

Here is the stipulation on the extension. We rounded up for your response and set it for Dec. 20 rather than merely moving it out 6 days to match the 6 days we are effectively getting, although I don't expect anyone to be doing much the remainder of this week. Let us know if you want more time or, potentially, less time. We took the same 3 week window we had agreed to for the reply last time and ran it off of your response date.

Let us know if we have approval to file.

Thanks!
Laura

**Laura Sixkiller**
Shareholder

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016
T +1 602.445.8030
Laura.Sixkiller@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

2