ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Email: andersonel@gtlaw.com

LAURA SIXKILLER, ESQ.
(Admitted *Pro Hac Vice*)
KATE L. BENVENISTE, ESQ.
(Admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel: (602) 445-8000
Email: laura.sixkiller@gtlaw.com
kate.benveniste@gtlaw.com
*Attorneys for Plaintiffs/Counterdefendants*
*Eye-Fi Holdings, LLC and Eye-Fi, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYE-FI HOLDINGS, LLC, a Delaware limited liability company; and EYE-FI, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN BERGESON, an individual; KYLE NAKAMOTO, an individual; and 3 DOTS, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. 2:24-cv-00925-JCM-MDC<br><br>**STIPULATION AND ORDER DISMISSING THE ACTION WITH PREJUDICE, WITH THE COURT RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED, by and among Plaintiffs/Counterdefendants EYE-FI HOLDINGS, LLC and EYE-FI, LLC (collectively, "Eye-Fi") and Defendants/Counterclaimants BRIAN BERGESON ("Bergeson"), 3 DOTS, LLC ("3 Dots"), and KYLE NAKAMOTO ("Nakamoto," and collectively with Eye-Fi, Bergeson and 3 Dots, the "Parties"), through their undersigned counsel, as follows:

/ / /

/ / /

1

1    WHEREAS the Parties have entered into a Confidential Settlement Agreement and
2    Mutual Release ("Settlement Agreement"), which the Parties incorporate by this reference
3    subject to its strict confidentiality and without waiving the confidentiality of such Settlement
4    Agreement.

5    WHEREAS the Settlement Agreement resolves all claims, counterclaims and defenses
6    that have been or could be asserted in this action.

7    WHEREAS Federal Rule of Civil Procedure 41(a) provides for the voluntary dismissal
8    of an action by stipulation signed by all parties who have appeared or by court order on terms the
9    court considers proper.

10   WHEREAS the Settlement Agreement involves ongoing obligations by and between
11   the Parties over a multi-year period.

12   WHEREAS the Settlement Agreement further provides, in relevant part, that the Parties
13   are to dismiss this action in its entirety with prejudice subject to the terms of the Settlement
14   Agreement, with each of the Parties bearing their own attorneys' fees and costs and waiving all
15   rights of appeal, and with the Court maintaining jurisdiction for the purpose of
16   enforcement of the Parties' obligations under the Settlement Agreement until its terms are
17   performed in full.

18   WHEREAS this Court has authority to maintain ancillary jurisdiction to interpret
19   and enforce settlement agreements where the Parties' obligation to comply with the terms
20   of the settlement agreement is made part of the order of dismissal "either by separate provision
21   (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating
22   the terms of the settlement agreement in the order" is well-settled. *Kokkonen v. Guardian Life*
23   *Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673 (1994); *see also K.C. ex rel. Erica C. v.*
24   *Torlakson*, 762 F.3d 963, 967 (9th Cir. 2014).

25   **THEREFORE, IT IS HEREBY STIPULATED**, by and among the Parties, that this
26   action shall be dismissed in its entirety with prejudice subject to the terms of the Settlement
27   Agreement, with each of the Parties to bear their own attorneys' fees and costs, with the Parties
28   waiving all rights of appeal, and with this Court maintaining ancillary jurisdiction to interpret and
enforce the Settlement Agreement entered by and between the Parties effective April 21,
2025. / / /

1   **IT IS FURTHER STIPULATED**, by and among the Parties, that any pending deadlines

2   and hearings should be vacated.

3   **IT IS SO STIPULATED.**

| **GREENBERG TRAURIG, LLP** | **SYLVESTER & POLEDNAK, LTD.** |
|---|---|
| /s/ Elliot T. Anderson<br>ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>LAURA SIXKILLER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>KATE L. BENVENISTE, ESQ.<br>(Admitted *Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>2375 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br><br>*Attorneys for Plaintiffs/Counterdefendants Eye-Fi, Holdings, LLC and Eye-Fi, LLC* | /s/ Matthew T. Kneeland<br>JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>MATTHEW T. KNEELAND, ESQ.<br>Nevada Bar No. 11829<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant/Counterclaimant Brian Bergeson and Defendant 3 Dots, LLC*<br><br>**SHEA LARSEN**<br><br>/s/ Kyle M. Wyant<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant/Counterclaimant Kyle Nakamoto* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2025

3

| | |
|---|---|
| **From:** | Matthew Kneeland |
| **To:** | Sixkiller, Laura (Shld-PHX-LT); kwyant@shea.law |
| **Cc:** | blarsen@shea.law; Flintz, Andrea (LSS-LV-LT); Anderson, Elliot (Assoc-LV-LT) |
| **Subject:** | RE: Eye-Fi/3 Dots- Stip for Dismissal |
| **Date:** | Friday, May 2, 2025 3:00:51 PM |
| **Attachments:** | image001.png |

**\*EXTERNAL TO GT\***

Yep

Matthew T. Kneeland
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: matthew@sylvesterpolednak.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The preceding message and any attachments may contain legally privileged and/or confidential information intended only for use by the addressee(s) named herein. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and then permanently delete the original. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. Nothing in this email message, including the typed name of the sender and/or this signature block, is intended to constitute an electronic signature unless a specific statement to the contrary is included in the message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Please consider the environment before printing this e-mail.

**From:** Laura.Sixkiller@gtlaw.com <Laura.Sixkiller@gtlaw.com>
**Sent:** Friday, May 2, 2025 2:59 PM
**To:** kwyant@shea.law; Matthew Kneeland <Matthew@SylvesterPolednak.com>
**Cc:** blarsen@shea.law; flintza@gtlaw.com; andersonel@gtlaw.com
**Subject:** Eye-Fi/3 Dots- Stip for Dismissal

Gentlemen:

Confirming we have authority to e-sign for Kyle and Matt on the attached stipulation, which incorporates the edits we received from Kyle.

Thanks!
Laura

**Laura Sixkiller**
Shareholder

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016

| | |
|---|---|
| **From:** | Kyle Wyant |
| **To:** | Sixkiller, Laura (Shld-PHX-LT); Matthew@SylvesterPolednak.com |
| **Cc:** | Bart Larsen; Flintz, Andrea (LSS-LV-LT); Anderson, Elliot (Assoc-LV-LT) |
| **Subject:** | RE: Eye-Fi/3 Dots- Stip for Dismissal |
| **Date:** | Friday, May 2, 2025 3:01:27 PM |
| **Attachments:** | image001.png |

**\*EXTERNAL TO GT\***

You may use my e-signature.

Best,

Kyle M. Wyant, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Office: (702) 471-7432
Direct: (702) 779-3816
Mobile: (301) 606-4092
Email: kwyant@shea.law

This message was sent from Shea Larsen and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

**From:** Laura.Sixkiller@gtlaw.com <Laura.Sixkiller@gtlaw.com>
**Sent:** Friday, May 2, 2025 2:59 PM
**To:** Kyle Wyant <kwyant@shea.law>; Matthew@SylvesterPolednak.com
**Cc:** Bart Larsen <blarsen@shea.law>; flintza@gtlaw.com; andersonel@gtlaw.com
**Subject:** Eye-Fi/3 Dots- Stip for Dismissal

Gentlemen:

Confirming we have authority to e-sign for Kyle and Matt on the attached stipulation, which incorporates the edits we received from Kyle.

Thanks!
Laura

**Laura Sixkiller**
Shareholder

Greenberg Traurig, LLP
2375 E. Camelback Rd. | Suite 800 | Phoenix, AZ 85016